UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0078

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| MATTHEW JAMES GORDON | ) | Prohibited Person |
| | ) | |
| | ) | 21 U.S.C. § 844(a) |
| | ) | Possession of a Controlled |
| | ) | Substance (Cocaine Base "Crack" |
| | ) | and Cocaine Hydrochloride) |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 17, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

MATTHEW JAMES GORDON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Kahr Arms, Model CW-40, .40 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Controlled Substance*
*(Cocaine Base "Crack" and Cocaine Hydrochloride)*
21 U.S.C. § 844(a)

On or about January 17, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**MATTHEW JAMES GORDON,**

knowingly and intentionally possessed a mixture or substance containing a detectable amount of cocaine base ("crack") and cocaine hydrochloride, Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Count One of this Indictment, the defendant, **MATTHEW JAMES GORDON,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Kahr Arms, Model CW-40, .40 caliber pistol, serial number FE7166.

**(Signatures appear on the following page)**

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Joseph P. McCool
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division